UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JIMMY SOLANO-ARIAS,

Defendant.

**INDICTMENT**

23 Cr.

23 CRIM 275

## COUNT ONE

### (Deprivation of Rights Under Color of Law)

The Grand Jury charges:

1. On or about May 4, 2023, JIMMY SOLANO-ARIAS, the defendant, was employed as a security guard by a company contracted with the Federal Protective Service to provide armed security services at the Jacob K. Javits Federal Office Building located at 26 Federal Plaza, New York, New York ("26 Federal Plaza").

2. On or about May 4, 2023, in the Southern District of New York, JIMMY SOLANO-ARIAS, the defendant, while acting under color of laws of the United States, forcibly sexually assaulted an individual who was seeking asylum (the "Victim"), causing the Victim's mouth to have contact with SOLANO-ARIAS's penis without the Victim's consent, and thereby willfully deprived the Victim of rights secured and protected by the Constitution and the laws of the United States, that is, the right to bodily integrity, to wit, while working as an armed security guard at 26 Federal Plaza, SOLANO-ARIAS unlawfully detained the Victim, and used a dangerous weapon, namely, the firearm issued to SOLANO-ARIAS by his employer, to force the Victim to perform oral sex on SOLANO-ARIAS. The defendant's conduct resulted in bodily injury to the Victim and included kidnapping and aggravated sexual abuse.

(Title 18, United States Code, Sections 242 and 250(b)(1).)

_____  
FOREPERSON  
6/5/23

Damian Williams  
DAMIAN WILLIAMS  
United States Attorney

6/5/23 Indictment filed. Case assigned to Judge [redacted]
Gardephe TMK

Barbara Moses
U.S.M.J.