NITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JIMMY SOLANO-ARIAS,

Defendant.

ORDER

23 Cr. 275 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that any pretrial motions are to be filed by **October 5, 2023**. A conference will take place on **October 6, 2023 at 12:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
September 5, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge