UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JIMMY SOLANO ARIAS,

Defendant.

**ORDER**

23 Cr. 275 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

In a November 3, 2023 letter, defense counsel states that she and the Government have been engaged in discussions regarding a possible pre-trial disposition, and that defense counsel needs an additional thirty days to discuss a potential plea with the Defendant. Counsel requests that the pretrial motions deadline of November 6, 2023, and the conference scheduled for November 7, 2023, be adjourned for thirty days. (Dkt. No. 21)

Accordingly, the conference scheduled for November 7, 2023, is adjourned to **December 8, 2023, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The deadline to file pretrial motions is adjourned to **December 7, 2023.**

Upon the application of the Defendant, by and through his counsel, Sylvie Levine, it is further ordered that the time between November 7, 2023 and December 8, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties time

to continue their discussions concerning a possible pretrial disposition.

Dated: New York, New York
      November 3, 2023                           SO ORDERED.

_____
Paul G. Gardephe
United States District Judge