UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JIMMY SOLANO ARIAS,<br><br>                        Defendant. | **ORDER**<br><br>23 Cr. 275 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

        In a December 5, 2023 letter, defense counsel states that the parties have been engaged in plea discussions and that they need another 45 days in order to complete those discussions. (Dkt. No. 23) Accordingly, the conference scheduled for December 8, 2023, is adjourned to **January 29, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Defense counsel anticipates that the Defendant will enter a guilty plea at that time, and requests that the deadline for filing pretrial motions be stayed. That application is granted.

        Upon the application of the Defendant, by and through his counsel, Sylvie Levine, and with the consent of the Government, by and through its counsel, Assistant United States Attorney Mitzi Steiner, it is further ordered that the time between December 8, 2023, and January 29, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because

it will allow the parties time to finalize their discussions regarding a possible pretrial disposition.

Dated: New York, New York
       December 6, 2023                   SO ORDERED.

                                                                Paul G. Gardephe
                                                                 United States District Judge

2