**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 10, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  **United States v. Jimmy Solano-Arias**
     **23 Cr. 275 (PGG)**

Dear Judge Gardephe,

    I write to respectfully request that the Court temporarily modify Mr. Solano's bail conditions to permit him to travel for a short vacation to Sunrise, Florida to visit his brother-in-law from December 22 to December 26, 2023. If granted, Mr. Solano will provide his specific itinerary to Pretrial Services.

    Pretrial Services by Officer Courtney DeFeo informed counsel that Mr. Solano has remained in full compliance since the start of his supervision in May 2023. Officer DeFeo also informed me that Pretrial Services does not object to this travel request. The government, by Assistant United States Attorney Mitzi Steiner, takes no position on this application.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Solano
212-417-8729

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul Gardephe*

**Paul G. Gardephe, U.S.D.J.**
Dated: December 12, 2023