UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against –<br><br>JIMMY SOLANO ARIAS,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 275 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    Defense counsel writes to request an adjournment of the change-of-plea hearing in order to finalize a pretrial disposition. (Dkt. No. 27)

    Accordingly, the change-of-plea hearing scheduled for January 29, 2024, is adjourned to **February 2, 2024, at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

    Upon the application of the Defendant, by and through his counsel, Sylvie Levine, it is further ordered that the time between January 29, 2024, and February 2, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties time

to finalize a pretrial disposition.

Dated: New York, New York
      January 26, 2024        SO ORDERED.

*Paul R Gardephe* (signature)

Paul G. Gardephe
United States District Judge