UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against –

JIMMY SOLANO-ARIAS,

Defendant.

**ORDER**

23 Cr. 275 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government writes to request an adjournment of the change-of-plea hearing in order to finalize a pretrial disposition. (Dkt. No. 29)

        Accordingly, the change-of-plea hearing scheduled for February 2, 2024, is adjourned to **March 4, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Upon the application of the Government, by and through Assistant United States Attorney Elizabeth Espinosa, it is further ordered that the time between February 2, 2024, and March 4, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of

justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will allow the parties time to finalize a pretrial disposition.

Dated: New York, New York
      February 1, 2024         SO ORDERED.

_____
Paul G. Gardephe
United States District Judge