UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against –<br><br>JIMMY SOLANO ARIAS,<br><br>Defendant. | **ORDER**<br><br>23 Cr. 275 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      Defense counsel writes to request an adjournment of the change-of-plea hearing in order to finalize a pretrial disposition.  (Dkt. No. 35)

      Accordingly, the change-of-plea hearing scheduled for March 18, 2024, is adjourned to **April 4, 2024, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

      Upon the application of the Defendant, by and through his counsel, Sylvie Levine, and with the consent of the Government, by and through Assistant United States Attorney Mitzi Steiner, it is further ordered that the time between March 18, 2024, and April 4, 2024, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.  The Court finds that the granting of this continuance serves the ends of justice and outweighs the best

interests of the public and the Defendant in a speedy trial, because it will allow the parties time to finalize a pretrial disposition.

Dated: New York, New York
      March 14, 2024           SO ORDERED.

_____
Paul G. Gardephe
United States District Judge