UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- against -<br><br>JIMMY SOLANO-ARIAS,<br><br>      Defendant. | **ORDER**<br><br>23 Cr. 275 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    Defendant Jimmy Solano-Arias' sentencing will take place on **July 12, 2024, at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.  Any sentencing submission on behalf of Defendant Jimmy Solano-Arias is due by **June 19, 2024.**  The Government's sentencing submission is due by **June 26, 2024.**

Dated: New York, New York
    May 9, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge