**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 20, 2024

**VIA ECF**
Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:     **United States v. Jimmy Solano-Arias**
        **23 Cr. 275 (PGG)**

Dear Judge Gardephe,

    I write to respectfully request that the Court temporarily modify Mr. Solano's bail conditions to permit him to travel from May 24 to 27, 2024 (i.e. Memorial Day weekend) to Buffalo, New York, to visit with his wife's family.

    Pretrial Services by Officer Stephen Boose has no objection to this request. The government by Assistant United States Attorney Elizabeth Espinosa defers to Pretrial.

    Thank you for your consideration.

Respectfully submitted,

/s/
Sylvie Levine
Attorney for Mr. Solano
212-417-8729

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*[signature]*
Paul G. Gardephe, U.S.D.J.
Dated:  May 22, 2024