**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 3, 2024

The Honorable Paul G. Gardephe
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**    *United States v. Jimmy Solano-Arias*, **23 Cr. 275 (PGG)**

Dear Judge Gardephe:

    The Government writes to respectfully request an adjournment of the Government's deadline to file its sentencing submission until September 6, 2024. Given that the defendant's submission was filed on August 30, 2024, the adjournment will allow sufficient time for the Government to respond. The Government has conferred with defense counsel, who does not object to this request.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

by: _____
                    Mitzi S. Steiner/Elizabeth A. Espinosa
                    Assistant United States Attorneys
                    (212) 637-2284/-2216

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: _Sept 3, 2024_