UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

JIMMY SOLANO-ARIAS,

                Defendant.

**ORDER**

23 Cr. 275 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        For the reasons stated in open court, Defendant Solano-Arias' bail conditions are amended to include location monitoring.

Dated: New York, New York
       September 13, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge