UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY SOLANO ARIAS,

                Movant,

      - against –

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

23 Cr. 275 (PGG)
25 Civ. 7830 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On January 12, 2026, this Court denied Petitioner Jimmy Solano-Arias's motion pro se for relief from his conviction pursuant to 28 U.S.C. § 2255 because he had "not returned an executed Attorney-Client Privilege Waiver form," as required by this Court's September 23, 2025 order. (Dkt. No. 69)  However, the civil docket in this case reflects that Petitioner submitted these forms on September 30, 2025.  (25 Civ. 7830 Dkt. No. 4)

Accordingly, the January 12, 2026 order is vacated.  The Clerk of Court is directed to reinstate the motion pending in 23 Cr. 275 (Dkt. No. 66) and to reopen the corresponding civil case (25 Civ. 7830).

Dated:  New York, New York
       January 14, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge