UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY SOLANO ARIAS,

                Movant,

       - against –

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

23 Cr. 275 (PGG)
25 Civ. 7830 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On September 23, 2025, this Court issued an Order granting the Government "45 days' from the receipt of Defendant's [Attorney-Client Privilege Waiver] to respond to his Section 2255 motion."[1]  (Sept. 23, 2025 Order (Dkt. No. 3) at 2)  The Defendant's waiver was filed on October 8, 2025.  (Def. Waiver (Dkt. No. 4))  Accordingly, the Government's 45-day deadline passed on November 22, 2025.  As of today – 53 days after this deadline – the Government has yet to submit a response.

The Government is ordered to submit its response to Defendant's Section 2255 motion by January 24, 2026.

Dated: New York, New York
       January 14, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

---

[1] The docket numbers correspond to the Solano-Arias, 25 Civ. 7830 (PGG) docket.  The page numbers referenced in this order correspond to the page numbers designated by this District's Electronic Case Files ("ECF") system.

2