UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JIMMY SOLANO ARIAS,

                Movant,

    - against –

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

23 Cr. 275 (PGG)
25 Civ. 7830 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Petitioner Jimmy Solano-Arias filed a petition for relief under 28 U.S.C. § 2255 on September 18, 2025. (Dkt. No. 1)  In a September 23, 2025 order, this Court directed Solano-Arias to submit a form acknowledging his waiver of the attorney-client privilege in connection with his Section 2255 petition. (Dkt. No. 3)  Solano-Arias submitted his waiver of the attorney-client privilege on October 8, 2025. (Dkt. No. 4)  Accordingly, Sylvie Levine – who represented Petitioner Jimmy Solano-Arias in the underlying criminal case – is directed to give sworn testimony, in the form of an affidavit, addressing Solano-Arias's allegations of ineffective assistance of counsel.

Ms. Levine will submit her affidavit by January 25, 2026.  The Government's response to Petitioner's Section 2255 motion is due ten days after Ms. Levine's affidavit is filed.

Dated: New York, New York
       January 15, 2026

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge